UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARK A. VAUGHN,

    Petitioner,

    v.

STUART SHERMAN,

    Respondent.

No. 2:16-cv-2384 JAM CKD P

ORDER

On December 6, 2016, the court issued findings and recommendations in which the court recommended that this action be dismissed for petitioner's failure to file an amended petition for writ of habeas corpus. Those findings and recommendations were returned to the court as undeliverable as petitioner failed to update his address when he was transferred to the California Substance Abuse and Treatment Facility. On March 1, 2017 the court received a document from plaintiff including his updated address and the Clerk of the Court has re-served a copy of the December 6, 2016 findings and recommendation to that new address. Good cause appearing, petitioner will now be granted 14 days within which to file objections to the findings and recommendations.

/////

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that petitioner is granted 14 days within which
2 to file objections to the court's December 6, 2016 findings and recommendations.

Dated: March 9, 2017

/s/ Carolyn K. Delaney
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
vaug2384.ext