UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. VAUGHN,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>STUART SHERMAN,<br><br>　　　　　Respondent. | No. 2:16-cv-2384 JAM CKD P<br><br><br>ORDER |

On December 6, 2016, the undersigned recommended that this action be dismissed due to petitioner's failure to timely amend. (ECF No. 8.) Petitioner has filed objections to the findings and recommendations. (ECF No. 11.)

Good cause appearing, the court will vacate its recommendation of dismissal and grant plaintiff an additional thirty days to file an amended petition per the requirements set forth in the October 21, 2016 screening order.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed December 6, 2016 are VACATED; and

2. Petitioner is granted thirty days from the date of this order to file an amended petition; and

////

////

1

3. Petitioner's failure to timely file an amended petition will result in dismissal of this action.

Dated: April 4, 2017

/s/ Carolyn K. Delaney

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/vaug2384.vac